# Order

Michigan Supreme Court
Lansing, Michigan

January 9, 2009

137384

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICKY LEE MCCLINTON,
      Defendant-Appellant.

SC: 137384
COA: 286613
Calhoun CC: 00-002897-FC

_____/

      On order of the Court, the application for leave to appeal the September 16, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      HATHAWAY, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009                      _____
                                        Clerk

1215